1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    DARREN HANDY,                          )   Case No.: 1:14-cv-01355 --- JLT
                                             )
12              Plaintiff,                   )   ORDER CONTINUING STATUS CONFERENCE
                                             )   RE: CONSENT/SCHEDULING CONFERENCE
13        v.                                 )
                                             )
14    LOGMEIN, INC.,                         )
                                             )
15              Defendant.                   )
     _____)
16

17         On August 28, 2014, Plaintiff filed the instant action.  (Doc. 1)  On the same day, the Court

18    issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on

19    December 17, 2014.  (Doc. 4)  In its order setting the mandatory scheduling conference, the Court

20    advised counsel:

21         The Court is unable to conduct a scheduling conference until defendants have been
           served with the summons and complaint. Accordingly, plaintiff(s) shall diligently
22         pursue service of summons and complaint and dismiss those defendants against whom
           plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of
23         the summons and complaint so the Court has a record of service. **Counsel are referred
           to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint.**
24         **Failure to timely serve summons and complaint may result in the imposition of**
           **sanctions, including the dismissal of unserved defendants.**
25

26    (Doc. 4 at 1-2, emphasis added)  Nevertheless, Plaintiff has not filed a proof of service of the

27    summons and complaint and no defendant has appeared in the action.

28    ///

                                                  1

Therefore, the Court **ORDERS**,

1.      The scheduling conference, currently set on December 17, 2014, is continued to January 26, 2015 at 9:30 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4.[1]  Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **November 19, 2014**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 4(m) requires the Court sua sponte to dismiss defendants who have not been served within 120 days of the filing of the complaint unless good cause is shown.

2