LATHAM & WATKINS LLP
  William Trach (*pro hac vice*)
  *william.trach@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone:  (617) 948-6000
Facsimile:  (617) 948-6001

LATHAM & WATKINS LLP
  Brian T. Glennon (SBN 211012)
  *brian.glennon@lw.com*
  James H. Moon (SBN 268215)
  *james.moon@lw.com*
355 South Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Defendant LogMeIn, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN HANDY,<br><br>              Plaintiff,<br><br>      v.<br><br>LOGMEIN, INC.,<br><br>              Defendant. | No. 1:14-cv-01355---JLT<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE**<br><br>**(Doc. 13)** |

**TO THE HONORABLE COURT:**

Plaintiff Darren Handy ("Plaintiff") and Defendant LogMeIn, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint on August 28, 2014 (ECF No. 1);

WHEREAS, on August 29, 2014, the Court issued an Order Setting Mandatory Scheduling Conference setting a scheduling conference for December 17, 2014 (ECF No. 3);

WHEREAS, on November 19, 2014, the Court continued the scheduling conference until January 26, 2014 (ECF No. 4);

WHEREAS, Defendant waived service of the Complaint on December 1, 2014, and its response to the Complaint is due on January 30, 2014 (ECF No. 9);

WHEREAS, counsel for Defendant entered their notice of appearance on December 3, 2014 (ECF Nos. 5, 7);

WHEREAS, the Order Setting Mandatory Scheduling Conference requires the parties to file a statement regarding their legal and factual contentions in their pleadings and contemplates an analysis of both parties' positions by January 16, 2014;

WHEREAS, Defendant's responsive pleading to the Complaint is not due until January 30, 2014 and Defendant is in the process of investigating Plaintiff's allegations and its potential defenses;

WHEREAS, the parties conferred and agree that continuing the scheduling conference until after Defendant's response deadline would allow a more meaningful analysis of each party's factual and legal contentions;

WHEREAS, holding the scheduling conference on February 26, 2015 would allow the Court to satisfy Federal Rule of Civil Procedure 16(b)(2)'s requirement that a scheduling order issue within 120 days of service of the complaint upon defendant (*i.e.*, by March 30, 2015) or within 90 days after a defendant has appeared (*i.e.*, by March 3, 2014), whichever is earlier;

WHEREAS, extending the scheduling conference until February 26, 2015 would not delay any pending proceeding before the Court; and

WHEREAS, this is the first request by either party to modify any deadline in this case;

**IT IS HEREBY STIPULATED** and agreed by and between the parties that:

1. The scheduling conference shall be continued until February 26, 2015; and
2. The parties shall otherwise comply with the deadlines imposed by the Court's Order Setting Mandatory Scheduling Conference, including filing a joint report at least one full week prior to the scheduling conference.

Dated:  January 9, 2015                Respectfully submitted,


                                       By  /s/ Brian T. Glennon
                                           Brian T. Glennon

                                       LATHAM & WATKINS LLP
                                         William Trach (*pro hac vice*)
                                         *william.trach@lw.com*
                                       John Hancock Tower, 27th Floor
                                       200 Clarendon Street
                                       Boston, Massachusetts 02116
                                       Telephone:  (617) 948-6000
                                       Facsimile:  (617) 948-6001

                                       LATHAM & WATKINS LLP
                                         Brian T. Glennon (SBN 211012)
                                         *brian.glennon@lw.com*
                                         James H. Moon (SBN 268215)
                                         *james.moon@lw.com*
                                       355 South Grand Avenue
                                       Los Angeles, California 90071
                                       Telephone:  (213) 485-1234
                                       Facsimile:  (213) 891-8763

                                       *Attorneys for Defendant LogMeIn, Inc.*


Dated:  January 9, 2015                By  /s/ Matthew M. Loker (as authorized on 1/9/15)
                                           Matthew M. Loker

                                       KAZEROUNI LAW GROUP, APC
                                         Abbas Kazerounian (SBN 249203)
                                         *ak@kazlg.com*
                                         Matthew M. Loker (SBN 279939)
                                         *ml@kazlg.com*
                                       245 Fischer Avenue, Unit D1
                                       Costa Mesa, CA 92626
                                       Telephone:  (800) 400-6808
                                       Facsimile:  (800) 520-5523

                                       *Attorneys for Plaintiff Darren Handy*

**ORDER**

Based upon the stipulation of counsel and to allow time for Defendant to file its responsive pleading, the Court **ORDERS**:

1. The scheduling conference is **CONTINUED** to February 26, 2015 at 9:30 a.m.; and

2. No other modifications to the Court's Order Setting Mandatory Scheduling Conference are authorized.

IT IS SO ORDERED.

Dated:   **January 9, 2015**                    /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE