Case 1:14-cv-01355-JLT   Document 62   Filed 09/23/15   Page 1 of 5

LATHAM & WATKINS LLP
  William Trach (*pro hac vice*)
  william.trach@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001

LATHAM & WATKINS LLP
  Brian T. Glennon (SBN 211012)
  brian.glennon@lw.com
  James H. Moon (SBN 268215)
  james.moon@lw.com
  Alexandra Y. Welch (SBN 302394)
  alexandra.welch@lw.com
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Defendant LogMeIn, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HANDY,<br><br>  Plaintiff,<br><br>   v.<br><br>LOGMEIN, INC.,<br><br>  Defendant. | No. 1:14-cv-01355-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE FOR RESPONSE TO THIRD AMENDED COMPLAINT**<br><br>(Doc. 61) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION & ~~PROPOSED~~ ORDER

**TO THE HONORABLE COURT:**

Plaintiff Darren Handy ("Plaintiff") and Defendant LogMeIn, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed and served his Third Amended Complaint on September 18, 2015 (ECF No. 60);

WHEREAS, Defendant's current deadline to respond to the Second Amended Complaint is October 5, 2015 (Fed. R. Civ. P. 15(a)(3), 6(d));

WHEREAS, Defendant is in the process of investigating and conferring with its counsel regarding Plaintiff's allegations in the Third Amended Complaint;

WHEREAS, the parties wish to set a briefing schedule that is mutually agreeable for the parties, and convenient for the Court, on Defendant's anticipated motion to dismiss Plaintiff's Third Amended Complaint;

WHEREAS, counsel for Defendant has cleared a hearing date on its anticipated motion to dismiss for December 16, 2015 with the clerk of the Court;

WHEREAS, Local Rule 144(a) provides that initial stipulations extending time for no more than twenty-eight days to respond to a complaint may be filed without approval of the Court if signed by all parties how have appeared in the action and are affected thereby; and

WHEREAS, this is the first extension of time with respect to the matters for which this extension is sought (*see* L.R. 144(b));

**IT IS HEREBY STIPULATED** and agreed by and between the parties as follows:

1. Defendant's deadline to respond to the Third Amended Complaint shall be extended until October 21, 2015 pursuant to Local Rule 144(a);

2. Plaintiff's opposition brief to Defendant's anticipated motion to dismiss shall be due on November 18, 2015;

3. Defendant's reply brief in support of its anticipated motion to dismiss shall be due on December 9, 2015;

4. The hearing on Defendant's anticipated motion to dismiss shall be held on December 16, 2015 at 9:30 a.m. at the Bakersfield Courthouse (or a time thereafter as most convenient for the Court).

Dated: September 22, 2015

Respectfully submitted,

By /s/ James H. Moon

LATHAM & WATKINS LLP
  William Trach (*pro hac vice*)
  *william.trach@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001

LATHAM & WATKINS LLP
  Brian T. Glennon (SBN 211012)
  *brian.glennon@lw.com*
  James H. Moon (SBN 268215)
  *james.moon@lw.com*
  Alexandra Y. Welch (SBN 302394)
  *alexandra.welch@lw.com*
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Defendant LogMeIn, Inc.*

| | |
|---|---|
| Dated:  September 22, 2015 | By  /s/ Adrian R. Bacon |
| | |
| | KAZEROUNI LAW GROUP, APC |
| |   Abbas Kazerounian (SBN 249203) |
| |   *ak@kazlg.com* |
| |   Matthew M. Loker (SBN 279939) |
| |   *ml@kazlg.com* |
| | 245 Fischer Avenue, Unit D1 |
| | Costa Mesa, CA 92626 |
| | Telephone:  (800) 400-6808 |
| | Facsimile:  (800) 520-5523 |
| | |
| | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| |   Todd M. Friedman (SBN 216752) |
| |   *tfriedman@attorneysforconsumers.com* |
| |   Adrian R. Bacon (SBN 280332) |
| |   *abacon@attorneysforconsumers.com* |
| | 324 S. Beverly Dr., #725 |
| | Beverly Hills, CA 90212 |
| | Telephone:  (877) 206-4741 |
| | Facsimile:  (866) 633-0228 |
| | |
| | *Attorneys for Plaintiff Darren Handy* |

## **ATTESTATION**

I certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.

| | |
|---|---|
| Dated:  September 22, 2015 | By:  /s/ James H. Moon |

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of counsel, the Court hereby orders as follows:

1. Defendant's deadline to respond to the Third Amended Complaint shall be extended until October 21, 2015 pursuant to Local Rule 144(a);

2. Plaintiff's opposition brief to Defendant's anticipated motion to dismiss shall be due on November 18, 2015;

3. Defendant's reply brief in support of its anticipated motion to dismiss shall be due on December 7[1], 2015;

4. The hearing on Defendant's anticipated motion to dismiss shall be held on December 14, 2015 at 8:30 a.m. at the Bakersfield Courthouse.

IT IS SO ORDERED.

Dated:   **September 23, 2015**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The dates for the reply brief and the hearing have been modified by the Court.