**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN HANDY, | ) Case No.: 1:14-cv-01355 - JLT |
| Plaintiff, | ) ORDER CONTINUING THE HEARING TO<br>) JANUARY 20, 2016 |
| v. | ) |
| LOGMEIN, INC., | ) ORDER SETTING SUPPLEMENTAL BREIFING<br>) SCHEDULE |
| Defendant. | ) |

In light of the evidence presented by Defendant in support of its motion to dismiss (Doc. 63), the Court is considering whether to convert the motion to one brought under Fed. R. Civ. P. 56. Thus, Plaintiff is permitted to respond or submit pertinent evidence and argument to counter that presented by Defendant. If Plaintiff elects to file any supplemental briefing or submit evidence, he must do so no later than **December 28, 2015**. Defendant's reply thereto shall be filed no later than **January 6, 2016**.

To allow for this further briefing and submission of evidence, the hearing on the motion to dismiss is **CONTINUED** to **January 20, 2016** at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **December 8, 2015**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE