**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DARREN HANDY,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br>v.<br>**LOGMEIN, INC.,**<br><br>               Defendant. | Case No. 1:14-cv-01355-JLT<br><br>**ORDER DISMISSING ACTION AS TO THE CLASS WITHOUT PREJUDICE AND AS TO THE NAMED PLAINTIFF WITH PREJUDICE** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

    Dated:   **March 3, 2016**                     **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE